August 25, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

VILLAGE CRESTMONT HOUSTON USA, LLC AND WEST CRESTMONT HOUSTON USA, LLC, Appellants

NO. 14-16-00264-CV       V.

HARRIS COUNTY APPRAISAL DISTRICT AND HARRIS COUNTY APPRAISAL REVIEW BOARD, Appellees

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on March 8, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Village Crestmont Houston USA, LLC and West Crestmont Houston USA, LLC.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.